# United States District Court

------------------------- DISTRICT OF KANSAS---------------------------

GARY D. GRIDER, TERESA MARY PALMER,
TERESA MARITA PALMER and
JAMES WILLIAM PALMER,

             Plaintiffs,

v.                                           Case No. 16-2750-DDC-GLR

SHAWNEE MSSION MEDICAL CENTER, INC.
and MID AMERICA PHYSICIAN SERVICES, LLC,

             Defendants.

## JUDGMENT IN A CIVIL CASE

☐     Jury Verdict. This action came before the Court for a jury trial. The issues have been tried and the jury has rendered its verdict.

☒     Decision by the Court. This action came before the Court. The issues have been considered and a decision has been rendered.

**Pursuant to the Memorandum and Order filed on November 8, 2018, plaintiffs Gary D. Grider, Teresa Mary Palmer, Teresa Marita Palmer and James William Palmer shall take nothing and this action is dismissed with prejudice.**

   11/08/2018                                      TIMOTHY M. O'BRIEN
       Date                                          CLERK OF THE DISTRICT COURT

                                                        by:   s/ Megan Garrett
                                                            Deputy Clerk